People v Scarver (2024 NY Slip Op 02486)

People v Scarver

2024 NY Slip Op 02486

Decided on May 3, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 3, 2024

PRESENT: LINDLEY, J.P., MONTOUR, OGDEN, GREENWOOD, AND DELCONTE, JJ. (Filed May 3, 2024.) 

MOTION NO. (933/14) KA 12-01069.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
CLARENCE E. SCARVER, ALSO KNOWN AS "C," DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.